UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH HUFF,
CARMA HUFF,
JEFF HAZARD,
DONALD JOHNS,
ANGEL LYNN,
MICHAEL LYNN,
JIM LUTZ,
SANDY LUTZ,
DOUGLAS MIRES,
PETER OBEE,
ROBERTO VELLANOWETH,
CRISTINA VELLANOWETH,
ROSE VELLANOWETH,
VELLANOWETH FAMILY PROPERTIES, LLC
MICHAEL WAYNE,
CAROL WAYNE, and
WAYNE ACQUISITIONS, LLC,
on Behalf of Themselves and All Others Similarly Situated,

       Plaintiffs,

-vs-

DOEREN MAYHEW & CO., P.C.
d/b/a DOEREN MAYHEW,
a domestic corporation,
SAMJACK INVESTMENTS, INC.,
a domestic corporation,
JAMES O'RILLEY,
NANCY O'RILLEY,
TODD FOX, and
JOANNE FOX,

       Defendants.

_____/

**VOLUNTARY STIPULATION FOR DISMISSAL**

Docket Number 08-cv-11053
Judge Paul D. Borman

LAW OFFICE OF SHELDON L. MILLER
By:   Sheldon L. Miller (P17785)
Counsel for Plaintiffs
31731 Northwestern Hwy, Ste. 280W
Farmington Hills, MI 48334
(248) 538-3400

DYKEMA GOSSETT PLLC
By:   Dennis M. Haffey (P26378)
Benjamin W. Jeffers (P57161)
Attorneys for Defendant, Doeren Mayhew
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0813

| | |
|---|---|
| THE POPPE LAW FIRM<br>By:    Hans G. Poppe<br>Co-Counsel for Plaintiffs<br>6004 Brownsboro Park Blvd., Suite E<br>Louisville, KY 40207<br>(502) 895-3400 | FOLEY & LARDNER LLP<br>By:    Scott T. Seabolt (P55890)<br>Attorney for Defendants, Fox & O'Rilley<br>and SamJack Investments<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226<br>(313) 234-7115 |
| SHEPHERD, SMITH & EDWARDS, LLP.<br>By:    William Shepherd<br>Co-Counsel for Plaintiffs<br>1010 Lamar Suite 900<br>Houston, TX 77002<br>(713) 227-2400 | FOLEY & LARDNER LLP<br>By:    Lisa L. Tharpe<br>Of-Counsel for Defendants, Fox, O'Rilley<br>and SamJack Investments<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>(312) 832-4500 |

## VOLUNTARY STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the above matter be dismissed without prejudice and without costs to any party.

LAW OFFICE OF SHELDON L. MILLER, P.C.

By:    /s/ SHELDON L. MILLER
Sheldon L. Miller  (P17785)
Attorney for Plaintiffs
31731 Northwestern, Suite 280W
Farmington Hills, MI 48334
(248) 538-3400

Dated: July 7, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH HUFF,
CARMA HUFF,
JEFF HAZARD,
DONALD JOHNS,
ANGEL LYNN,
MICHAEL LYNN,
JIM LUTZ,
SANDY LUTZ,
DOUGLAS MIRES,
PETER OBEE,
ROBERTO VELLANOWETH,
CRISTINA VELLANOWETH,
ROSE VELLANOWETH,
VELLANOWETH FAMILY PROPERTIES, LLC         **VOLUNTARY**
MICHAEL WAYNE,                              **ORDER FOR DISMISSAL**
CAROL WAYNE, and
WAYNE ACQUISITIONS, LLC,
on Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

   -vs-                                               Docket Number 08-cv-11053
                                                        Judge Paul D. Borman

DOEREN MAYHEW & CO., P.C.
d/b/a DOEREN MAYHEW,
a domestic corporation,
SAMJACK INVESTMENTS, INC.,
a domestic corporation,
JAMES O'RILLEY,
NANCY O'RILLEY,
TODD FOX, and
JOANNE FOX,

        Defendants.
_____/

| LAW OFFICE OF SHELDON L. MILLER | DYKEMA GOSSETT PLLC |
|---|---|
| By:   Sheldon L. Miller (P17785) | By:   Dennis M. Haffey (P26378) |
| Counsel for Plaintiffs | Benjamin W. Jeffers (P57161) |
| 31731 Northwestern Hwy, Ste. 280W | Attorneys for Defendant, Doeren Mayhew |
| Farmington Hills, MI 48334 | 39577 Woodward Avenue, Suite 300 |
| (248) 538-3400 | Bloomfield Hills, MI 48304 |
|  | (248) 203-0813 |

3

| | |
|---|---|
| THE POPPE LAW FIRM<br>By:   Hans G. Poppe<br>Co-Counsel for Plaintiffs<br>6004 Brownsboro Park Blvd., Suite E<br>Louisville, KY 40207<br>(502) 895-3400 | FOLEY & LARDNER LLP<br>By:   Scott T. Seabolt  (P55890)<br>Attorney for Defendants, Fox & O'Rilley<br>and SamJack Investments<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226<br>(313) 234-7115 |
| SHEPHERD, SMITH & EDWARDS, LLP.<br>By:   William Shepherd<br>Co-Counsel for Plaintiffs<br>1010 Lamar Suite 900<br>Houston, TX 77002<br>(713) 227-2400 | FOLEY & LARDNER LLP<br>By:   Lisa L. Tharpe<br>Of-Counsel for Defendants, Fox, O'Rilley<br>and SamJack Investments<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>(312) 832-4500 |

## **VOLUNTARY ORDER FOR DISMISSAL**

At a session of said Court held in the City of Detroit, County of Wayne, and State of Michigan, on _____

PRESENT:   Honorable _____
                                  U.S. District Court Judge

Upon the reading and filing of the foregoing Stipulation for Dismissal, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above matter is hereby dismissed without prejudice and without costs to any party.

_____
U.S. District Court Judge

4